Electronically Submitted
9/7/2021 8:19 AM
Hidalgo County Clerk
Accepted by: Daniela Blanco

CAUSE NO. CL-21-0942-B

| | | |
|---|---|---|
| **RENREYDER, LLC, FEDERICO R. SANDOVAL AND ARMANDINA L. SANDOVAL,** *Plaintiffs,* | § § § § § § § § § § § | IN THE COUNTY COURT |
| VS. | | AT LAW NO. 2 |
| **STEARNS BANK, N.A.,** *Defendants.* | | HIDALGO COUNTY, TEXAS |

**PLAINTIFFS' FIRST AMENDED ORIGINAL PETITION
AND APPLICATION FOR INJUNCTIVE RELIEF**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiffs, **RENREYDER, LLC, FEDERICO R. SANDOVAL AND ARMANDINA L. SANDOVAL,** and files this their First Amended Original Petition and Application for Injunctive Relief complaining of Defendant **STEARNS BANK, N.A.,** and for good cause shows unto the court as follows:

### I. DISCOVERY-CONTROL PLAN

1. Plaintiffs intend to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.3. Plaintiffs affirmatively plead that they are seeking injunctive relief.

### II. PARTIES

2. Plaintiff **RENREYDER, LLC,** is a limited liability company authorized to do business in Texas with its principal place of business located in Hidalgo County, Texas.

3. Plaintiffs **FEDERICO R. SANDOVAL AND ARMANDINA L. SANDOVAL** are individuals who reside in Hidalgo County, Texas.

4. Defendant, **STEARNS BANK, N.A.** has entered an appearance in this cause and no service is necessary at this time.

### III. JURISDICTION & VENUE

5. This Court has jurisdiction over the lawsuit and venue is proper in this court because this occurrences giving rise to this lawsuit occurred in Hidalgo County, Texas. Plaintiffs seek damages within the jurisdictional limits of this court.

# Exhibit B

Electronically Submitted
9/7/2021 8:19 AM
Hidalgo County Clerk
Accepted by: Daniela Blanco

## IV. FACTS

6. Plaintiffs **FEDERICO R. SANDOVAL AND ARMANDINA L. SANDOVAL** are the record title owners of following properties located in Hidalgo County, Texas.

**Property 1:**

The property is located 904 N. Flag St, Phar, Hidalgo County, Texas 78577; more specifically described as:

**That 1.16 acre tract of land out of Lots 2 and 3, Block D, KELLY-PHARR SUBDIVISION, Hidalgo County, Texas being all that part of the right-of-way of Lateral "F" lying East of the of the road in the West Three Hundred Twenty feet (320') of Block "D" as per map or plat thereof recorded in Volume 3, Page 133-134, Deed Records, Hidalgo County, Texas, and said tract being more particularly described by metes and bounds as follows:**

**BEGINNING at a point South 8 degrees 25 minutes West 272.4 feet and South 42 degrees 05 minutes East 25.9 feet from the Northwest corner of said Lot D;**

**THENCE, South 42 degrees 05 minutes, West 288.9 feet;**

**THENCE, South 8 degrees 25 minutes, West 168.4 feet;**

**THENCE, North 42 degrees 05 minutes, West 388.9 feet;**

**THENCE, North 8 degrees 25 minutes, East 168.4 feet to the PLACE OF BEGINNING, containing 1.16 acres, more or less**

reference to which is hereby made for all purposes (hereinafter referred to as the "Property 1").

**Property 2:**

The property is located at 910 N. Flag St, Phar, Hidalgo County, Texas 78577; more specifically described as:

**LOTS 1 and 2, BLOCK 1 OF ORANGE HEIGHTS SUBDIVISION, AN ADDITION TO THE CITY OF PHARR, HIDALGO COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF APPEARING OF RECORD IN VOLUME 8, PAGE 52, OF THE MAP RECORDS OF HIDLAGO COUNTY, TEXAS.**

reference to which is hereby made for all purposes (hereinafter referred to as the "Property 2").

7. On March 31, 2016, Plaintiffs entered into a Small Business

Administration ("SBA") backed loan with the Defendant. Plaintiffs individually pleased Properties 1 and 2 as security for the SBA loan with Defendant. The loan and the property was used for a commercial venture on the property. Sometime in 2018, RenReyder, LLC's employee began to steal and embezzle large sums of monies from the company. Criminal charges have been filed and the employee is currently facing grand jury indictment in Hidalgo County, Texas. Plaintiffs filed this suit that previously stopped a March 2021 foreclosure. On March 26, 2021, the parties entered a forbearance agreement. Plaintiffs have attempted to perform under the terms of the forbearance agreement, however Defendant has not allowed Plaintiffs to perform.

8. Suddenly and without prior notice, Plaintiffs received notice from Defendant that their properties would be sold at a foreclosure sale on Tuesday, September 7, 2021.

### V. Suit for Declaratory Relief

9. All of the paragraphs set out above are incorporated herein by reference.

10. Plaintiffs seek a declaratory judgment that Defendant has breached the forbearance agreement it entered into with the Plaintiffs.

11. Attorney Fees. Plaintiffs are entitled to recover reasonable and necessary attorney fees that are equitable and just under the Texas Civil Practice & Remedies Code because this is a suit for declaratory relief.

### VI. BREACH OF CONTRACT

12. All of the paragraphs set out above are incorporated by reference.

13. Plaintiffs performed all the obligations imposed on them by the forbearance agreement entered into between the parties. However, Defendant failed to perform pursuant to the terms of the agreement.

14. Defendant's failure to perform under the terms of the agreement and subsequent actions constitute a material breach, and the Defendant is liable to Plaintiffs for actual damages proximately caused by such breach.

15. Attorney Fees. Plaintiffs entitled to recover reasonable and necessary attorney fees that are equitable and just under the Texas Civil Practice & Remedies Code because this is a suit for breach of contract.

### VII. APPLICATION FOR TEMPORARY RESTRAINING ORDER

16. All of the paragraphs set out above are incorporated herein by reference.

17. Plaintiffs have a legal and equitable interest in the real properties made

the basis of this suit. Plaintiffs are the record title holders of such Properties.

18. The real estate and improvements are unique, and no amount of money could compensate Plaintiffs for the loss of property. Plaintiffs believe that they stand to lose his Real Property due to the Defendant's bad acts as described herein. Plaintiffs will be irreparably harmed unless the Court intervenes to enjoin the sale because the loss of the unique real estate would leave the Plaintiffs without their property and would be wrongful in that Defendant has by their course and pattern of conduct waived the right to insist upon timely payments and have waived the right to accelerate based upon late payments.

19. This Amended Petition and Application for Injunctive relief is supported by Federico R. Sandoval's verification.

20. Plaintiffs seek to restrain the Defendant from (1) conducting a substitute trustee's sale or foreclosure sale on the Plaintiffs' properties and (2) taking any further action to conduct a substitute trustee's sale or foreclosure sale on Plaintiffs' property.

21. If Plaintiffs' application is not granted, harm is imminent because Plaintiffs' property will be sold at a foreclosure sale on September 7, 2021.

22. The harm that will result if the temporary restraining order is not issued is irreparable because Plaintiffs will lose their real properties.

23. Plaintiffs have no adequate remedy at law because damages are incalculable.

24. Plaintiffs are willing to post bond.

25. There is not enough time to serve notice on Defendant and to hold a hearing on this application given that the foreclosure sale is scheduled to occur on September 7, 2021. As a result, Plaintiffs request that the restraining order be granted ex parte.

## VIII. REQUEST FOR TEMPORARY INJUNCTION

26. Plaintiffs ask the Court to set their application for temporary injunction for a hearing and, after the hearing, issue a temporary injunction against Defendant.

27. Plaintiffs have joined all indispensable parties under Texas Rule of Civil Procedure 39.

## IX. REQUEST FOR PERMANENT INJUNCTION

28. Plaintiffs ask the Court to set his request for a permanent injunction for a full trial on the merits and, after the trial, issue a permanent injunction against

Defendant.

## X. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs requests that:

1. A temporary restraining order be issued without notice to the Defendant, restraining Defendant, their attorneys, trustees, substitute trustees, agents servants, representatives, assignees, substitutes, and employees from:

   a. conducting as substitute trustee sale or foreclosure sale on the Plaintiffs' properties; and

   b. taking any further action to conduct a substitute trustee's sale or foreclosure sale on Plaintiffs' properties.

2. Defendant be cited to appear and show cause and that on such hearing, a temporary injunction be issued enjoining Defendant, their attorneys, trustees, substitute trustees, agents servants, representatives, assignees, substitutes, and employees from:

   a. conducting as substitute trustee sale or foreclosure sale on the Plaintiffs' properties; and

   b. taking any further action to conduct a substitute trustee's sale or foreclosure sale on Plaintiffs' properties.

3. A permanent injunction be ordered on final trial of this cause, enjoining Defendant, their attorneys, trustees, substitute trustees, agents servants, representatives, assignees, substitutes, and employees from:

   a. conducting as substitute trustee sale or foreclosure sale on the Plaintiffs' properties;

   b. taking any further action to conduct a substitute trustee's sale or foreclosure sale on Plaintiffs' properties.

4. The court render a declaratory judgment under the Texas Declaratory Judgments Act that Defendant has waived its right to accelerate the debt because of untimely payments based upon the prior pattern and course of conduct between the parties of allowing late payments and/or renewals.

5. Plaintiffs be awarded their reasonable attorney's fees under the Texas Declaratory Judgments Act, with a contingent award in the event of appeal.

6. Plaintiffs be awarded damages for the Defendant's breach of contract as allowed by law.

7. Plaintiffs be awarded costs of court and post-judgment interest at the rate allowed by law on judgment.

8. Such other and further relief, at law or in equity, as to which Plaintiffs may be justly entitled.

Respectfully submitted

LAW OFFICE OF DENNIS RAMIREZ, PLLC
111 N. 17Th St., Suite D
Donna, Texas 78537
Telephone:  (956) 461-2890
Telecopier:  (956) 287-3245
E-Mail: dramirezlaw@gmail.com

By: */s/ Dennis Ramirez*_____
DENNIS RAMIREZ
State Bar No.: 24037327
**ATTORNEY FOR PLAINTIFFS**

Certificate of Service

I hereby certify that a true and correct copy of the forgoing has been served on all counsel and/or parties of record as allowed by the Texas Rules of Civil Procedure on this the 7th day of September 2021.

**VIA EMAIL:** rzuniga@atlashall.com
Rick Zuniga
Counsel for Defendants

_____*/s/ Dennis Ramirez*_____
DENNIS RAMIREZ

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Dennis Ramirez on behalf of DENNIS RAMIREZ
Bar No. 24037327
dramirezlaw@gmail.com
Envelope ID: 56986344
Status as of 9/7/2021 8:54 AM CST

Associated Case Party: RenReyder, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| DENNIS RAMIREZ | | dramirezlaw@gmail.com | 9/7/2021 8:19:46 AM | SENT |

Associated Case Party: Stearns Bank, NA

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joshua A.Cummings | | jcummings@atlashall.com | 9/7/2021 8:19:46 AM | SENT |
| Susan Sullivan | | ssullivan@atlashall.com | 9/7/2021 8:19:46 AM | SENT |
| Rick A.Zuniga | | rzuniga@atlashall.com | 9/7/2021 8:19:46 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| DENNIS RAMIREZ | | dramirezlaw@gmail.com | 9/7/2021 8:19:46 AM | SENT |
| Nikki Pugmire | | nmowbray@atlashall.com | 9/7/2021 8:19:46 AM | SENT |
| Cindy Fonseca | | cfonseca@atlashall.com | 9/7/2021 8:19:46 AM | SENT |

Electronically Submitted
9/7/2021 8:19 AM
Hidalgo County Clerk
Accepted by: Daniela Blanco

CAUSE NO. CL-21-0942-B

| | | |
|---|---|---|
| **RENREYDER, LLC, FEDERICO R. SANDOVAL AND ARMANDINA L. SANDOVAL,** *Plaintiffs,* | § § § § § § § § § § | IN THE COUNTY COURT |
| VS. | | AT LAW NO. 2 |
| **STEARNS BANK, N.A.,** *Defendants.* | | HIDALGO COUNTY, TEXAS |

## TEMPORARY RESTRAINING ORDER

On September 7, 2021, the Application for Issuance of a Temporary Restraining Order made by Plaintiffs, **RENREYDER, LLC, FEDERICO R. SANDOVAL AND ARMANDINA L. SANDOVAL** was considered by this Honorable Court.

Plaintiffs in this cause, have filed Plaintiffs' First Amended Original Petition and Application for Injunctive Relief, and, in connection therewith, have presented a request for a temporary injunction, as set forth in their petition. It clearly appears from the facts set forth in the Petition that unless **STEARNS BANK, N.A.,** Defendant, its attorneys, trustees, substitute trustees, agents, servants, assignees, employees, officers, directors and representatives are immediately restrained from directly or indirectly:

1. conducting a substitute trustee sale or foreclosure sale on the following real estate properties and improvements with a legal description of

    **Property 1:**
    **That 1.16 acre tract of land out of Lots 2 and 3, Block D, KELLY-PHARR SUBDIVISION, Hidalgo County, Texas being all that part of the right-of-way of Lateral "F" lying East of the of the road in the West Three Hundred Twenty feet (320') of Block "D" as per map or plat thereof recorded in Volume 3, Page 133-134, Deed Records, Hidalgo County, Texas, and said tract being more particularly**

Electronically Submitted
9/7/2021 8:19 AM
Hidalgo County Clerk
Accepted by: Daniela Blanco

described by metes and bounds as follows:
BEGINNING at a point South 8 degrees 25 minutes West 272.4 feet and South 42 degrees 05 minutes East 25.9 feet from the Northwest corner of said Lot D;

THENCE, South 42 degrees 05 minutes, West 288.9 feet;

THENCE, South 8 degrees 25 minutes, West 168.4 feet;

THENCE, North 42 degrees 05 minutes, West 388.9 feet;

THENCE, North 8 degrees 25 minutes, East 168.4 feet to the PLACE OF BEGINNING, containing 1.16 acres, more or less

**Property 2:**
LOTS 1 and 2, BLOCK 1 OF    ORANGE HEIGHTS SUBDIVISION, AN ADDITION TO THE CITY OF PHARR, HIDALGO COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF APPEARING OF RECORD IN VOLUME 8, PAGE 52, OF THE MAP RECORDS OF HIDLAGO COUNTY, TEXAS.

2. taking any further action – including posting or re-posting the properties with the Hidalgo County Clerk for a trustee's sale, foreclosure sale, or substitute trustee's sale – to conduct a substitute trustee's sale or foreclosure sale on real estate properties and improvements with a legal description of

**Property 1:**
That 1.16 acre tract of land out of Lots 2 and 3, Block D, KELLY-PHARR SUBDIVISION, Hidalgo County, Texas being all that part of the right-of-way of Lateral "F" lying East of the of the road in the West Three Hundred Twenty feet (320') of Block "D" as per map or plat thereof recorded in Volume 3, Page 133-134, Deed Records, Hidalgo County, Texas, and said tract being more particularly described by metes and bounds as follows:
BEGINNING at a point South 8 degrees 25 minutes West 272.4 feet and South 42 degrees 05 minutes East 25.9 feet from the Northwest corner of said Lot D;

THENCE, South 42 degrees 05 minutes, West 288.9 feet;

THENCE, South 8 degrees 25 minutes, West 168.4 feet;

Electronically Submitted
9/7/2021 8:19 AM
Hidalgo County Clerk
Accepted by: Daniela Blanco

**THENCE, North 42 degrees 05 minutes, West 388.9 feet;**

**THENCE, North 8 degrees 25 minutes, East 168.4 feet to the PLACE OF BEGINNING, containing 1.16 acres, more or less**

**Property 2:**
**LOTS 1 and 2, BLOCK 1 OF ORANGE HEIGHTS SUBDIVISION, AN ADDITION TO THE CITY OF PHARR, HIDALGO COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF APPEARING OF RECORD IN VOLUME 8, PAGE 52, OF THE MAP RECORDS OF HIDLAGO COUNTY, TEXAS.**

Plaintiffs will suffer and continue to suffer irreparable injury before notice can be given and a hearing is had on Plaintiffs' Motion for a Temporary Injunction, and if the commission of these acts is not restrained immediately, Plaintiffs will suffer irreparable injury in that Plaintiffs will have been wrongfully deprived of their real property.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that **STEARNS BANK, N.A.,** Defendant, its attorneys, trustees, substitute trustees, agents, servants, assignees, employees, officers, directors and representatives are immediately restrained from directly or indirectly:

1. conducting a substitute trustee sale or foreclosure sale on real estate properties and improvements with a legal description of

   **Property 1:**
   **That 1.16 acre tract of land out of Lots 2 and 3, Block D, KELLY-PHARR SUBDIVISION, Hidalgo County, Texas being all that part of the right-of-way of Lateral "F" lying East of the of the road in the West Three Hundred Twenty feet (320') of Block "D" as per map or plat thereof recorded in Volume 3, Page 133-134, Deed Records, Hidalgo County, Texas, and said tract being more particularly described by metes and bounds as follows:**
   **BEGINNING at a point South 8 degrees 25 minutes West 272.4 feet and South 42 degrees 05 minutes East 25.9 feet from the Northwest corner of said Lot D;**

   **THENCE, South 42 degrees 05 minutes, West 288.9 feet;**

   **THENCE, South 8 degrees 25 minutes, West 168.4 feet;**

Electronically Submitted
9/7/2021 8:19 AM
Hidalgo County Clerk
Accepted by: Daniela Blanco

THENCE, North 42 degrees 05 minutes, West 388.9 feet;

THENCE, North 8 degrees 25 minutes, East 168.4 feet to the PLACE OF BEGINNING, containing 1.16 acres, more or less

**Property 2:**
**LOTS 1 and 2, BLOCK 1 OF ORANGE HEIGHTS SUBDIVISION, AN ADDITION TO THE CITY OF PHARR, HIDALGO COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF APPEARING OF RECORD IN VOLUME 8, PAGE 52, OF THE MAP RECORDS OF HIDLAGO COUNTY, TEXAS.**

2. taking any further action – including posting or re-posting the property with the Hidalgo County Clerk for a trustee's sale, foreclosure sale, or substitute trustee's sale – to conduct a substitute trustee's sale or foreclosure sale on real estate properties and improvements with a legal description of

   **Property 1:**
   **That 1.16 acre tract of land out of Lots 2 and 3, Block D, KELLY-PHARR SUBDIVISION, Hidalgo County, Texas being all that part of the right-of-way of Lateral "F" lying East of the of the road in the West Three Hundred Twenty feet (320') of Block "D" as per map or plat thereof recorded in Volume 3, Page 133-134, Deed Records, Hidalgo County, Texas, and said tract being more particularly described by metes and bounds as follows:**
   **BEGINNING at a point South 8 degrees 25 minutes West 272.4 feet and South 42 degrees 05 minutes East 25.9 feet from the Northwest corner of said Lot D;**

   THENCE, South 42 degrees 05 minutes, West 288.9 feet;

   THENCE, South 8 degrees 25 minutes, West 168.4 feet;

   THENCE, North 42 degrees 05 minutes, West 388.9 feet;

   THENCE, North 8 degrees 25 minutes, East 168.4 feet to the PLACE OF BEGINNING, containing 1.16 acres, more or less

   **Property 2:**
   **LOTS 1 and 2, BLOCK 1 OF ORANGE HEIGHTS SUBDIVISION, AN ADDITION TO THE CITY OF PHARR, HIDALGO COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF APPEARING OF**

Electronically Submitted
9/7/2021 8:19 AM
Hidalgo County Clerk
Accepted by: Daniela Blanco

**RECORD IN VOLUME 8, PAGE 52, OF THE MAP RECORDS OF HIDLAGO COUNTY, TEXAS.**

from the date of entry of this Order until and to the 14th day after entry or until further order of this Court.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Petition of Plaintiffs, **RENREYDER, LLC, FEDERICO R. SANDOVAL AND ARMANDINA L. SANDOVAL** for temporary injunction be heard on the ___ day of September, 2021, at _____ p.m. in the courtroom of the County Court at Law No. 2, Hidalgo County Courthouse, Edinburg, Hidalgo County, Texas. **STEARNS BANK, N.A.** is commanded to appear at the time and show cause, if any exists, why temporary injunctions should not be issued against it as prayed for by Plaintiffs.

The Clerk of the above-entitled Court shall, forthwith, issue a temporary restraining order in conformity with the law and the terms of this order.

This Order shall not be effective unless and until Plaintiff executes and files with the Clerk a bond, in conformity with the law, in the amount of $500.00. It is further ordered by this court that the prior bond in the amount of $500.00 filed on March 1, 2021, by Plaintiffs for the expired temporary restraining order shall serve as bond on this temporary restraining order and the clerk shall issue this Temporary Restraining Order instanter.

SIGNED and ENTERED on this the _____ day of September 2021.

_____
JUDGE PRESIDING

xc:
Dennis Ramirez, dramirezlaw@gmail.com
Rick Zuniga, rzuniga@atlashall.com

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Dennis Ramirez on behalf of DENNIS RAMIREZ
Bar No. 24037327
dramirezlaw@gmail.com
Envelope ID: 56986344
Status as of 9/7/2021 8:54 AM CST

Associated Case Party: Stearns Bank, NA

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joshua A.Cummings | | jcummings@atlashall.com | 9/7/2021 8:19:46 AM | SENT |
| Susan Sullivan | | ssullivan@atlashall.com | 9/7/2021 8:19:46 AM | SENT |
| Rick A.Zuniga | | rzuniga@atlashall.com | 9/7/2021 8:19:46 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| DENNIS RAMIREZ | | dramirezlaw@gmail.com | 9/7/2021 8:19:46 AM | SENT |
| Nikki Pugmire | | nmowbray@atlashall.com | 9/7/2021 8:19:46 AM | SENT |
| Cindy Fonseca | | cfonseca@atlashall.com | 9/7/2021 8:19:46 AM | SENT |

Associated Case Party: RenReyder, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| DENNIS RAMIREZ | | dramirezlaw@gmail.com | 9/7/2021 8:19:46 AM | SENT |